UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALYSSON MILLS, IN HER CAPACITY AS**
**RECEIVER FOR ARTHUR LAMAR**
**ADAMS AND MADISON TIMBER**
**PROPERTIES, LLC**                                                                 **PLAINTIFF**

**VS**                                                     **CAUSE NO. 3:19-cv-364-CWR-FKB**

**THE UPS STORE, INC.; HERRING VENTURES, LLC**
**d/b/a THE UPS STORE; AUSTIN ELSEN; TAMMIE ELSEN;**
**COURTNEY HERRING; DIANE LOFTON;**
**and CHANDLER WESTOVER**                                                **DEFENDANTS**

## MOTION FOR TIME

COMES NOW Defendants, Herring Ventures, LLC, d/b/a The UPS Store, Austin Elsen, Tammie Elsen, Courtney Herring, Diane Lofton, Chandler Westover by and through their attorneys Rushing & Guice, P.L.L.C. and files this motion for an extension of time in which to answer or otherwise plead and in support of which would show unto the court the following to wit:

1. Law firm of Rushing & Guice, PLLC has recently been retained to represent the above defendants and has only last week had an opportunity to meet with same and discuss their defenses.

2. That certain of the defendants may have limited insurance coverage that will pay for their defense and demand had been made on their insurance carrier which has not responded to date. Thus additional time is needed to complete said communications.

Page 1 of  3

3. That an additional 30 days is needed to investigate the matter so that an appropriate answer may be drafted.

4. That this motion is filed in the interest of justice not for purposes of delay.

5. That on or about June 13, 2019, the Plaintiff filed an Amended Complaint which has not been served on the Movants.

6. That the undersigned has not been in contact with counsel for the plaintiff and thus cannot make a representation as to whether the plaintiff has objections to the extension of time.

WHEREFORE Herring ventures, LLC, d/b/a The UPS Store, Austin Elsen, Tammie Elsen, Courtney Herring, Diane Lofton and Chandler Westover pray that the court grant a 30 day extension of time until August 25, 2019 for said Defendants to answer or otherwise plead to the Complaint exhibited against them while reserving unto said Defendants all defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure. These Defendants pray for such other relief as the court may grant in the premises.

Respectfully submitted,

*/s/ William Lee Guice III*
WILLIAM LEE GUICE III MSBN 5059
RUSHING & GUICE, P.L.L.C.
Post Office Box 1925
Biloxi, MS 39533-1925
Telephone: 228-374-2313
Fax: 228-875-5987

# **C E R T I F I C A T E**

I HEREBY CERTIFY that on the 25th day of June, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

This the 25th day of June, 2019

></>
*/s/ William Lee Guice III*
WILLIAM LEE GUICE III

W:\9501\working\19-0625 Motion for Time to File Answer.docx