UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UPS STORE, INC.; HERRING VENTURES, LLC d/b/a THE UPS STORE; AUSTIN ELSEN; TAMMIE ELSEN; COURTNEY HERRING; DIANE LOFTON; CHANDLER WESTOVER; RAWLINGS & MACINNIS, PA; TAMMY VINSON; and JEANNIE CHISHOLM,<br><br>Defendants. | Case No. 3:19-cv-00364<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge |

**MOTION FOR EXPEDITED CONSIDERATION
OF URGENT AND NECESSITOUS MATTER**

Alysson Mills, in her capacity as the court-appointed receiver for Arthur Lamar Adams and Madison Timber Properties, LLC (the "Receiver"), through undersigned counsel, respectfully moves for expedited consideration of an urgent and necessitous matter – the Receiver's Motion to Quash Subpoenas or, Alternatively, Motion for Protective Order [Doc. 213].

The Receiver's Motion to Quash Subpoenas or, Alternatively, Motion for Protective Order seeks relief under Federal Rule of Civil Procedure 26(c) in light of defendant The UPS Store, Inc.'s recent issuing of at least 32 subpoenas to investor-victims. UPS's subpoenas request from investor-victims information that is private and irrelevant to the claims and defenses in this case.

Because UPS's subpoenas command investors to produce documents by July 8 at 10:00 a.m., the Receiver requests expedited consideration of her motion. Although Local Rule 7 provides for responses to motions to be filed within 14 days, an expedited briefing schedule is warranted so that the Court can consider the issue expeditiously.

To ensure that the Court has time to rule on the Receiver's motion before July 8, the Receiver proposes that UPS's opposition be due on Wednesday, June 30 and the Receiver's reply be due by Friday, July 2. The Receiver, however, would welcome dates that might result in an earlier resolution.

**WHEREFORE**, for these reasons stated, the Receiver respectfully requests that the Court grant this motion and expedite its consideration of her Motion to Quash Subpoenas or, Alternatively, Motion for Protective Order [Doc. 213].

June 28, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Lilli Evans Bass* | */s/ Kristen D. Amond* |
| Lilli Evans Bass, Miss. Bar No. 102896<br>BROWN BASS & JETER, PLLC<br>1755 Lelia Drive, Suite 400<br>Jackson, Mississippi 39216<br>Tel: 601-487-8448<br>Fax: 601-510-9934<br>bass@bbjlawyers.com | Brent B. Barriere, *admitted pro hac vice*<br>FISHMAN HAYGOOD LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, Louisiana 70170<br>Tel: 504-586-5252<br>Fax: 504-586-5250<br>bbarriere@fishmanhaygood.com<br>*Primary Counsel*<br><br>Kristen D. Amond, *admitted pro hac vice*<br>MILLS & AMOND LLP<br>650 Poydras Street, Suite 1525<br>New Orleans, Louisiana 70130<br>Tel: 504-383-0332<br>Fax: 504-733-7958<br>kamond@millsamond.com |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   June 28, 2021          */s/ Kristen D. Amond*