**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 10/20/2021 at 12:05 PM CDT and filed on 10/20/2021

**Case Name:** Mills v. Butler Snow LLP et al
**Case Number:** [3:18-cv-00866-CWR-FKB](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [90] Motion to Stay Proceedings and [93] Motion to Modify the Scheduling Order as set forth herein. Consolidated cases 3:18-cv-866-CWR-FKB, 3:19-cv-196-CWR-FKB, 3:19-cv-364-CWR-FKB, and 3:19-cv-941-CWR-FKB are hereby STAYED until 1/31/2022. A consolidated discovery conference is set for 11/18/2021 at 1:30 pm before Magistrate Judge F. Keith Ball in Courtroom 5D of the Thad Cochran United States Courthouse. Consistent with the Court's instructions provided at the 10/19/2021 consolidated case management conference, the parties are ordered to meet and confer and submit to Judge Ball a discovery plan, a protective order, and a case management order on or before 11/16/2021. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge F. Keith Ball on 10/20/2021. (dcw)**


**3:18-cv-00866-CWR-FKB Notice has been electronically mailed to:**

Alysson Leigh Mills     amills@millsamond.com, rhamilton@fishmanhaygood.com

Benjamin W. Graham - PHV     bgraham@wc.com, dcackowoski@wc.com

Bradford J. Blackmon     bjblackmon@blackmonlawfirm.com, sandra@blackmonlawfirm.com, shanise@blackmonlawfirm.com, viola@blackmonlawfirm.com

Brent B. Barriere - PHV     bbarriere@fishmanhaygood.com, dbush@fishmanhaygood.com, mthomas@fishmanhaygood.com

Cody C. Bailey     cbailey@brunini.com, mgray@brunini.com, scole@brunini.com

Craig D. Singer - PHV     csinger@wc.com

Edward Blackmon , Jr     edblackmon@blackmonlawfirm.com, bblackmon@blackmonlawfirm.com, bjblackmon@blackmonlawfirm.com, mwilliams@blackmonlawfirm.com, sandra@blackmonlawfirm.com, shanise@blackmonlawfirm.com, viola@blackmonlawfirm.com

James J. Crongeyer , Jr     jcrongeyer@watkinseager.com, mpreslar@watkinseager.com, mtyrone@watkinseager.com

Jeanette A. Donnelly - PHV     jdonnelly@fishmanhaygood.com

Kristen D. Amond - PHV     kamond@millsamond.com, rhamilton@fishmanhaygood.com

Lilli Evans Bass     bass@bbjlawyers.com, assistant@bbjlawyers.com, levansbass@gmail.com, paralegal@bbjlawyers.com

Mark R. McDonald - PHV     mmcdonald@mofo.com, Docket-LA@mofo.com, mark-mcdonald-0458@ecf.pacerpro.com, mmendoza@mofo.com

R. David Kaufman     dkaufman@brunini.com, rharrell@brunini.com

Simon T. Bailey     sbailey@bradley.com, bteel@bradley.com, jaltobelli@bradley.com, mrandall@bradley.com, simon-bailey-0945@ecf.pacerpro.com

**3:18-cv-00866-CWR-FKB Notice has been delivered by other means to:**